**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Rome Division
Room 339, Federal Building
600 East First Street
Rome, GA 30161–3187
www.ganb.uscourts.gov

In
Re:   **Kaiser Marquis Simpson**          Case No.: **19–41027–pwb**
                                          Chapter:  **13**
                                          Judge:  **Paul W. Bonapfel**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on 5/1/19 . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 05/08/19**
Signed Form B121 (Statement About Your Social Security Number)

**To be Filed by 05/15/19**
Statement of Financial Affairs (Official Form B107)
Schedules A/B thru J (Official Forms B106A/B – B106J)
Summary of Assets and Liabilities (Official Form B106 Summary)
Declaration About Debtor's Schedules (Official Form B106)
Attorney Disclosure of Compensation Form (Official Form B2030)
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B122 C–1) and, if applicable, Chapter 13 Calculation of Your Disposable Income (Form B122 C–2)
Chapter 13 Plan, complete with signatures (to be served by debtor's counsel, if applicable)
Certificate of Credit Counseling
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, self–employed or other explanation.

**To be filed by 05/31/19**
None Apply

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on May 2, 2019.

*[signature: Paul W Bonapfel]*

Form 430b December 2018                    Paul W. Bonapfel
                                           United States Bankruptcy Judge

United States Bankruptcy Court
Northern District of Georgia

In re:
Kaiser Marquis Simpson
     Debtor

Case No. 19-41027-pwb
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-6     User: shieldsj     Page 1 of 1     Date Rcvd: May 02, 2019
                         Form ID: 430b     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2019.
db           Kaiser Marquis Simpson,    1020 Dozier St,    Dalton, GA   30721-3931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:
       Dan   Saeger     on behalf of Debtor Kaiser Marquis Simpson dan@whitfieldcountylaw.com
       Mary Ida Townson     courtdailysummary@atlch13tt.com
                                                                                                                                     TOTAL: 2