

**IT IS ORDERED as set forth below:**

**Date: August 9, 2019**

_Paul W. Bonapfel_

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19-41027-PWB |
| Kaiser Marquis Simpson, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

**ORDER ON DEBTOR'S MOTION TO RECONSIDER ORDER OF DISMISSAL**

On June 12, 2019, Debtor filed a Motion to Reconsider an Order of Dismissal (the "Motion") and set it for a hearing on July 31, 2019.  (Doc 12). Debtor's counsel appeared and a consent agreement was reached with the Chapter 13 Trustee.  It is hereby

**ORDERED** that the Motion is granted and the case is reopened to allow the debtor to continue in his Chapter 13 case.  It is further

**ORDERED** that debtor shall renotice the Meeting of Creditors and Confirmation Hearing within 10 days of the entry of this order.  It is further

**ORDERED** that the debtor shall pay $2,100 to his Chapter 13 Trustee within 10 days of the date of this order.  It is further

**ORDERED** that should the Debtor default on the above-stated terms, the Trustee may

file a Supplemental Report recommending dismissal and, upon receipt of said Report, the Clerk

of Court is hereby authorized and directed to enter an Order of Dismissal without additional

notice or hearing.


[END OF DOCUMENT]

Prepared and Presented by:


_____/s/_____

Dan Saeger
Attorney for Debtor
Georgia Bar No. 680628
SAEGER & ASSOCIATES, PC
706 S Thornton Drive Ste D
Dalton, GA 30720
706-529-5566
dan@whitfieldcountylaw.com


With consent:


_____/s/_____ *with express permission*
Brandi Kirkland, Staff Attorney for Mary Ida Townson
Chapter 13 Trustee
Georgia Bar No.  423627
285 Peachtree Center Avenue, NE
Suite 1600
Atlanta, GA  30303

## DISTRIBUTION LIST

Mary Ida Townson
Chapter 13 Trustee
285 Peachtree Center Avenue, NE
Suite 1600
Atlanta, GA  30303

Kaiser Marquis Simpson
1020 Dozier St
Dalton, GA 30721

And all creditors in the attached Matrix.

Label Matrix for local noticing
113E-4
Case 19-41027-pwb
Northern District of Georgia
Rome
Wed Jun 12 20:53:28 EDT 2019

(p)1ST FRANKLIN FINANCIAL CORPORATION
PO BOX 880
TOCCOA GA 30577-0880

1st Franklin Financial Corporation
Attn: Administrative Services
P.O. Box 880
Toccoa, GA 30577-0880

(p)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

Credit Acceptance Corporation
PO Box 551888
Detroit, MI  48255-1888

HRRG
PO Box 189053
Plantation, FL  33318-9053

Midland Funding, LLC
2365 Northside Dr # 300
San Diego, CA  92108-2709

Dan Saeger
Saeger & Associates, LLC
Suite D
706 S Thornton Ave
Dalton, GA 30720-8212

Kaiser Marquis Simpson
1020 Dozier St
Dalton, GA 30721-3931

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1770

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

1st Franklin Financial
135 E Tugalo St
Toccoa, GA  30577-2357

Credit Acceptance
25505 West 12 Mile Road
Southfield, MI 48034

End of Label Matrix
Mailable recipients     9
Bypassed recipients     0
Total                   9